# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL TOMLINSON, et al., | : | CIVIL ACTION |
| Plaintiffs, | : | |
| v. | : | |
| BOROUGH OF NORRISTOWN, et al., | : | NO. 09-3711 |
| Defendants. | : | |

## ORDER

AND NOW, on this 21st day of April, 2011, upon careful consideration of Defendants' unopposed Motion for Partial Summary Judgment (Mot. Summ. J., ECF No. 20) and the Memorandum of Law in support thereof, it is hereby ORDERED that the Motion is GRANTED for the reasons in the accompanying Memorandum on Summary Judgment.

The only remaining claims for trial are each Plaintiff's claims against Officers Lori Koch and Dan Lerman for use of excessive force.

BY THE COURT:

s/Michael M. Baylson

Michael M. Baylson, U.S.D.J.

O:\Todd\09-3711 Tomlinson v. Norristown et al\Tomlinson - MSJ Order.wpd